FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 10 PM 4:10
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE TALARIA COMPANY, LLC, )
d/b/a The Hinckley Company, )
)
Plaintiff, )
) CASE NO. CV415-121
v. )
)
M/V MOONCUSSER, her engines, )
tackle, apparel, furniture )
and furnishings, equipment )
and appurtenances, in rem, )
)
Defendant. )

## O R D E R

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 17.) On May 6, 2015, Plaintiff filed a verified complaint in rem against Defendant M/V Mooncusser. (Doc. 1.) On May 18, 2015, Defendant's appointed custodian (Doc. 9) was personally served with a summons and copy of the complaint. (Doc. 13 at 1.) After Defendant failed to answer the complaint, default was entered against it on September 15, 2015. (Doc. 10.) Plaintiff filed its Motion for Default Judgment on September 22, 2015, requesting the entry of a default judgment against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure. Defendant is not subject to the Servicemembers Civil Relief Act, 50

U.S.C. App. §§ 501-596, and has failed to respond to both Plaintiff's Motion for Entry of Default and Motion for Default Judgment.

After careful consideration, Plaintiff's motion (Doc. 17) is **GRANTED** and judgment is hereby rendered in favor of Plaintiff. However, the Court will not conduct an evidentiary hearing with respect to damages at this time. Plaintiff is **DIRECTED** to file within twenty days from the date of this order a brief outlining the legal basis for and appropriate amount of any claim for damages. The brief should include any supporting documentation Plaintiff wishes the Court to consider. Should a hearing be necessary following its review of Plaintiff's brief, the Court will schedule one at that time.

SO ORDERED this 10th day of November 2015.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA